**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **COMPLAINT** |
| | ) | |
| **KAPLAN HIGHER EDUCATION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, to correct unlawful employment practices on the basis of race and to provide appropriate relief to a class of aggrieved Black job applicants and incumbents who were adversely affected by such practices. As alleged with greater particularity in Paragraphs 7-10, below, the U.S. Equal Employment Opportunity Commission ("Commission" or "EEOC") alleges that since at least January, 2008, the Defendant Kaplan Higher Education, Inc., (also known as Kaplan Career Institute) has engaged in an on-going, nationwide pattern or practice of race discrimination against Black job applicants and incumbents in violation of Title VII.

### JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) and 707 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) and 2000e-6 ("Title VII").

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Northern Ohio, and throughout the United States.

PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the Agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) and 707 of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3) and 2000e-6.

4.     At all relevant times, Defendant Kaplan Higher Education, Inc., ("KHEC") has continuously been a Delaware corporation doing business in Cuyahoga County, Ohio, and has continuously had at least 15 employees.

5.     At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e(b), (g) and (h).

STATEMENT OF CLAIMS

6.     More than thirty days prior to the institution of this lawsuit, Charging Party Shandria S. Nichols filed a charge of discrimination with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.     Since at least January, 2008, Defendant has engaged in unlawful employment practices at its facilities throughout the United States in violation of Sections 703(a)(1), (a)(2), and (k) of Title VII, 42 U.S.C. § 2000e-2(a)(1), (a)(2) and (k).

2

8. Since at least January, 2008, Defendant has subjected a class of aggrieved Black job applicants and incumbents throughout the United States to an ongoing pattern or practice of discriminatory failure to hire such persons because of their race, Black, in violation of Title VII. In this regard, Defendant has used, and continues to use, a selection criterion for hiring and discharge, namely, credit history information, that has had, and continues to have, a significant disparate impact on Black job applicants and incumbents, is not job-related and consistent with business necessity, and for which there are appropriate, less-discriminatory alternative selection procedures.

9. The effect of the practices complained of in paragraphs 7-8, above, has been to deprive a class of Black job applicants and incumbents of equal employment opportunities and otherwise adversely affect their status as applicants because of their race.

10. The unlawful employment practices complained of in paragraphs 7-9, above, are part of a continuing course of race discrimination perpetrated against Black job applicants and incumbents by Defendant that has persisted since at least January, 2008.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in race, discrimination, including discriminatory denial of hire and discharge, use of selection criteria with significant disparate impact on Black job applicants and incumbents that are not job-related and consistent with business necessity or for which

there less-discriminatory alternatives, and any other employment practice which discriminates on the basis of race.

       B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for Black persons, and which eradicate the effects of its past and present unlawful employment practices.

       C.      Order Defendant to make whole a class of aggrieved Black job applicants, deterred applicants and incumbents by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to instatement and front pay in lieu thereof.

       D.      Grant such further relief as the Court deems necessary and proper in the public interest.

       E.      Award the Commission its costs of this action.

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Washington, DC

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

DEBRA M. LAWRENCE
Regional Attorney
EEOC-Philadelphia District Office
City Crescent Building, 3rd Floor
10 South Howard Street

Baltimore, Maryland 21201
Telephone number: (410) 209-2734
Facsimile number: (410) 962-4270

_____
MARIA KATE BOEHRINGER
Supervisory Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Telephone number: (410) 209-2722
Facsimile number: (410) 962-4270

/s/ Jeffrey A. Stern
Jeffrey A. Stern (Ohio Bar No. 0020107)
Jeffrey.Stern@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Cleveland Field Office
AJC Federal Bldg.
1240  East  Ninth  St.,  Ste.  3001
Cleveland, OH 44199
(216) 522-7458
(216) 522-7430 (fax)