# EXHIBIT 11



## LANDY LITIGATION SUPPORT GROUP
3261 Traver Drive - Broomfield - Colorado - 80023

# Invoice

| Date | Invoice # |
|---|---|
| 05/01/2012 | 1610 |
| Terms | Due Date |
| Net 30 | 05/31/2012 |

**Bill To**

Jeff Stern
Equal Employment Opportunity Commission
Cleveland OH 44199

| Amount Due | Enclosed |
|---|---|
| $52,362.50 | |

Please detach top portion and return with your payment.

| Ship Date | Ship Via |
|---|---|
| 05/01/2012 | Email |

| Date | Account Summary | Amount |
|---|---|---|
| 04/01/2012 | Balance Forward | $19,650.00 |
| 04/03/2012 | Payment received | -9,600.00 |
| 05/01/2012 | Payment received | -10,050.00 |
| | New charges (see details below) | 52,362.50 |
| | Total Amount Due | $52,362.50 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/02/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 3:30 | 300.00 | 1,050.00 |
| 04/03/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 3:30 | 300.00 | 1,050.00 |
| 04/03/2012 | Report preparation (Task 2) - Kevin R Murphy | 3:00 | 550.00 | 1,650.00 |
| 04/04/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 4:30 | 300.00 | 1,350.00 |
| 04/05/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 7:00 | 300.00 | 2,100.00 |
| 04/06/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 5:30 | 300.00 | 1,650.00 |
| 04/09/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 9:00 | 300.00 | 2,700.00 |
| 04/10/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 8:00 | 300.00 | 2,400.00 |
| 04/11/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 2:00 | 300.00 | 600.00 |
| 04/12/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 1:00 | 300.00 | 300.00 |
| 04/13/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 2:00 | 300.00 | 600.00 |
| 04/14/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 2:00 | 300.00 | 600.00 |
| 04/14/2012 | Report preparation (Task 2) - Kevin R Murphy | 2:00 | 550.00 | 1,100.00 |
| 04/15/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 1:00 | 300.00 | 300.00 |
| 04/15/2012 | Report preparation (Task 2) - Kevin R Murphy | 3:00 | 550.00 | 1,650.00 |
| 04/16/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 5:00 | 300.00 | 1,500.00 |
| 04/16/2012 | Report preparation (Task 2) - Kevin R Murphy | 6:00 | 550.00 | 3,300.00 |
| 04/16/2012 | Conduct race panel sessions (Task 6) - Angela L. Rosenbaum | 3:00 | 400.00 | 1,200.00 |
| 04/17/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 9:00 | 300.00 | 2,700.00 |
| 04/17/2012 | Report preparation (Task 2) - Kevin R Murphy | 3:00 | 550.00 | 1,650.00 |
| 04/17/2012 | Conduct race panel sessions (Task 6) - Angela L. Rosenbaum | 3:00 | 400.00 | 1,200.00 |

Continue to the next page.

E000014224

E000014224

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/18/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 10:00 | 300.00 | 3,000.00 |
| 04/18/2012 | Conduct race panel sessions (Task 6) - Angela L. Rosenbaum | 4:00 | 400.00 | 1,600.00 |
| 04/19/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 2:00 | 300.00 | 600.00 |
| 04/21/2012 | Report preparation (Task 2) - Kevin R Murphy | 1:00 | 550.00 | 550.00 |
| 04/23/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 5:00 | 300.00 | 1,500.00 |
| 04/23/2012 | Report preparation (Task 2) - Kevin R Murphy | 7:00 | 550.00 | 3,850.00 |
| 04/24/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 4:00 | 300.00 | 1,200.00 |
| 04/25/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 4:00 | 300.00 | 1,200.00 |
| 04/25/2012 | Report preparation (Task 2) - Kevin R Murphy | 3:45 | 550.00 | 2,062.50 |
| 04/26/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 8:00 | 300.00 | 2,400.00 |
| 04/27/2012 | Report preparation (Task 2) - Kevin R Murphy | 2:00 | 550.00 | 1,100.00 |
| 04/27/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 5:00 | 300.00 | 1,500.00 |
| 04/30/2012 | Data review, preparation and entry (Task 5) - Barbara Nett | 2:00 | 300.00 | 600.00 |
| 04/30/2012 | Report preparation (Task 2) - Kevin R Murphy | 1:00 | 550.00 | 550.00 |

Contract #EECCN110080
LLSG Tax ID: 20-3811411
EEOC v. Kaplan Higher Education; Case Number 1:10-CV-02882

| | |
|---|---|
| Total Of New Charges | $52,362.50 |
| Total Amount Due | $52,362.50 |

E000014225

E000014225